

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00733-CV

**In the Interest of C.M.M.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11929
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: December 3, 2014

DISMISSED FOR WANT OF PROSECUTION

When Carlos Gabriel Morales filed this appeal, he was required to pay a $195.00 filing fee.

*See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME

COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT

LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). Morales did not pay the required filing

fee; accordingly, the clerk of this court notified him by letter that his notice of appeal was

conditionally filed and the filing fee was due. On November 6, 2014, when the fee remained

unpaid, this court ordered that Morales must, not later than November 17, 2014, either (1) pay the

applicable filing fee or (2) provide written proof to this court that he is indigent or otherwise

excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R.

APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at

the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised Morales that if he failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid, and Morales has not otherwise responded to our order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM